Name & Address:
BRIAN ACREE (SBN 202505)
Carey & Acree, Attorneys at Law
32295 Mission Trail, Suite 8-167
Lake Elsinore, CA 92532 Tel: 800.772.0399
email:acree@careycree.com Fax: 866.928.5051

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jack Russell<br><br>PLAINTIFF(S)<br>v.<br>Mark Kendall, Audie Desbrow, Michael Lardie, Bigg Time Entertainment, Inc. and Does 1-10<br><br>DEFENDANT(S). | CASE NUMBER<br>CV12-02477 ODW (DTBx)<br><br>**SUMMONS** |

TO: DEFENDANT(S):

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ ______________ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Brian Acree, whose address is 32295 Mission Trail, Suite 8-167 Lake Elsinore, CA 92532. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: MAR 22 2012

By: JULIE PRADO
Deputy Clerk

*(Seal of the Court)*

SEAL

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*